**No. 51492.**—Protests 122470–K, etc., of Capitol Wine & Spirit Corp. et al. (New York).

Opinion by KEEFE, J. It was stipulated that the merchandise and issues herein are similar in all material respects to those involved in *United States* v. *Somerset* (33 C. C. P. A. 138, C. A. D. 328), and that a quantity of liquor amounting to 10 percent or more of the total contents of the various barrels, casks, packages, etc., was lost in transit from the port of exportation to the port of destination, because of breakage, leakage, or damage. In accordance therewith it was held that an allowance should have been made for the loss appearing upon the gaugers' returns as verified by the affidavits of the importers. The protests were sustained to this extent.

DECEMBER 23, 1946

**No. 51493.**—————Protest 71854–K of Charles C. Perry. C. D. 1032. Plaintiff's application for rehearing denied.

DECEMBER 24, 1946

**No. 51494.**—SUIT 4544.——————United States v. Procter & Gamble Mfg. Co. C. D. 981 affirmed November 4, 1946. C. A. D. 345.

**No. 51495.**—SUIT 4546.—————Rudolph Schick v. United States. C. D. 995 affirmed November 4, 1946. C. A. D. 348.

DECEMBER 26, 1946

**No. 51496.**—SUIT 4526.——————Washington Handle Co. v. United States. C. D. 936 affirmed November 4, 1946. C. A. D. 346.

**No. 51497.**—SUIT 4531.——————United States v. Browne Vintners Co., Inc. Abstract 50456 affirmed November 4, 1946. C. A. D. 351.

**No. 51498.**—SUIT 4542.——————United States v. Eurasia Import Co., Inc. C. D. 975 affirmed November 4, 1946. C. A. D. 353.

DECEMBER 27, 1946

**No. 51499.**—SUIT 4527.—————Robert E. Miller & Co., Inc. v. United States. C. D. 940 affirmed November 4, 1946. C. A. D. 349.

**No. 51500.**—SUIT 4543.——————Reichard Coulston, Inc. v. United States. Abstract 50801 affirmed November 4, 1946. C. A. D. 350.